RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 5 2015

Texarkana, Texas
Debra Autrey, Clerk

Sixth Court of Appeals
Bi State Justice Building
100 North State Line Avenue #20
Texarkana, Texas 75501

Appeals
rict

JUN 0 5 2015

arkana, Texas
abra K. Autrey Cl

William Robert Parker
V.S.
State of Texas

Appellante
Cause # 06-15-00058-CR

Answere to Jurisdiction of May 28, 2015
Letter of the Court.

To The Honorable Judges of Said Court Now
Comes William Robert Parker in Cause of the Court
# 06-15-00058-CR and States for the Courts that
Jurisdiction Now is Invoked by the United States
Suepream Court Ruleing of Martinez V.S. Ryan at
132 S. CT.

Also Noted for the Court is this Case is Presented
in Appelant Brief now awaiting fileing in Cause #
06-15-00058-CR as of April 27, 2015 by
letter to My Person William Robert Parker from
your Court Clerk Debra K. Autrey. Appllante
Brief Relieing on Martinez V.S. Ryan 132 S. CT

Page One

Delectration

I William Robert Parker state by Delectation that Answere to Jurisdiction of May 28, 2015 as of Setter of court is true and correct on this the 2nd day of June 2015 by my Signature of William Robert Parker

Signature
William Robert Parker

Certifict of Service

I William Robert Parker State by Delectration a Original Answer to the Jurisdiction of May 28, 2015 Setter of court is Mailed by Regular Mail to The Sixth Appellante court of Appeals Clerk Debra K. Autrey Bi State Justice Building 100 North State line Avenue # 20 Texarkana, Texas zip 75501 on this the 2 day of June 2015 by my Signature of William Robert Parker

Signature
William Robert Parker